IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD LEONARDI,

    Plaintiff,

    v.                                    Case No. 12-CV-133

UNIVERSITY OF WISCONSIN-MILWAUKEE
POLICE DEPARTMENT, RANDALL
KWASINSKI, CHRISTOPHER SCHUSTER,
DETECTIVE BEAUDRY, YOLANDA
ROBERTSON and DEPARTMENT OF
COMMUNITY CORRECTIONS,

    Defendants.

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants by their attorneys, J.B. Van Hollen, Attorney General, and John R. Sweeney and Anthony D. Russomanno, Assistant Attorneys General, hereby move the Court, pursuant to Rule 56, Fed. R. Civ. P., for an order for summary judgment dismissing the plaintiff's claims in their entirety. The grounds for this motion are set forth in the accompanying brief and the supporting documents.

Plaintiff is hereby notified that if he does not oppose the moving party's proposed facts that properly rely on evidentiary submissions in the record, the Court will accept the facts as unopposed. Plaintiff is directed to Fed. R. Civ. P. 56 and the procedures set forth in this Court's Preliminary Pretrial Conference Order dated June 25, 2012 (Docket 24) governing summary judgment procedure.

Dated this 15th day of February, 2013.

                Respectfully submitted,

                J.B. VAN HOLLEN
                Attorney General

                **s/Anthony D. Russomanno**
                ANTHONY D. RUSSOMANNO
                Assistant Attorney General
                State Bar #1076050

                JOHN R. SWEENEY
                Assistant Attorney General
                State Bar #1003066
                Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-2238 (Russomanno)
(608) 264-9457 (Sweeney)
(608) 267-8906 (Fax)
russomannoad@doj.state.wi.us
sweeneyjr@doj.state.wi.us