IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD LEONARDI,

    Plaintiff,     JUDGMENT IN A CIVIL CASE

v.     12-cv-133-bbc

UNIVERSITY OF WISCONSIN - MILWAUKEE
POLICE DEPARTMENT,
RANDALL KWASINSKI,
CHRISTOPHER SCHUSTER,
STEVEN BEAUDRY,
YOLANDA ROBERTSON and
DEPARTMENT OF COMMUNITY
CORRECTIONS,

    Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing University of Wisconsin - Milwaukee Police Department and Department of Community Corrections; and

(2) granting Randall Kwasinski, Christopher Schuster, Steven Beaudry and Yolanda Robertson's motion for summary judgment and dismissing this case.

/s/     5/21/2013

Peter Oppeneer, Clerk of Court     Date